UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WEGROW AG,

                Petitioner,

– against –

TIBA FOR TRADING & AGENCIES & AGRICULTURE DEVELOPMENT,

                Respondent.

**ORDER**

22-cv-08286 (ER)

Ramos, D.J.:

    On September 28, 2022, WeGrow AG filed a petition to appoint a sole arbitrator and compel Tiba for Trading & Agencies & Agriculture Development ("Tiba") to arbitrate disputes regarding commercial contracts. Doc. 1. On November 6, 2024, Tiba requested to have thirty days to appoint an arbitrator to the panel to allow the dispute to be adjudicated through arbitration, which the Court granted. Docs. 34, 36. Since then, there has been no activity in this case. The parties are directed to submit a status letter by April 18, 2025.

    It is SO ORDERED.

Dated:    April 11, 2025
                New York, New York

                                            Edgardo Ramos, U.S.D.J.